

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
lzaharia@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

August 24, 2022

**DELIVERED VIA ECF**

Honorable P. Kevin Castel
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007-1312

Application GRANTED.  The initial pre-trial conference is adjourned to October 17, 2022 at 11:30am.  The dial-in information remains the same.

SO ORDERED.
Dated: New York, NY
08/25/2022

*P. Kevin Castel*
United States District Judge

|     |     |
| --- | --- |
| Case Title: | *Steinmetz v. Chase DMC Events and Incentives, LLC et al* <br> 1:22-cv-05636-PKC |
| Re: | **Request to Adjourn Initial Pretrial Conference** |

Your Honor:

    This office represents Plaintiff, George Steinmetz ("Steinmetz"), in the above-referenced matter. Pursuant to Rules 1A and 1B of Your Honor's Individual Practices in Civil Cases, we write to respectfully request an adjournment of the initial pretrial conference, currently scheduled for Friday, September 2, 2022 at 10 am. (Dkt. #8). The reason for this request is that while service is currently out for Defendant Chase DMC Events and Incentives, LLC, it has not yet been effectuated. Because Defendant has not yet appeared, Steinmetz respectfully requests an adjournment of approximately 30 days or a date thereafter convenient to the Court. There have been no previous requests for an adjournment.

    We thank Your Honor for consideration of this request.

Respectfully submitted,

By: */s/ Laura M. Zaharia*
    Scott Alan Burroughs
    Laura M. Zaharia
    DONIGER / BURROUGHS
    For the Plaintiff